# In the United States Court of Federal Claims

No. 20-429C
Filed: July 1, 2020

---

**MIND YOUR BUSINESS, INC.,**

    *Plaintiff*,

v.

**UNITED STATES,**

    *Defendant,*

**and**

**INFORMATION SYSTEMS AND NETWORKS CORPORATION,**

    *Intervenor-Defendant.*

---

## ORDER

**TAPP, Judge.**

On June 30, 2020, the parties filed a joint stipulation regarding voluntary dismissal with this Court pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the Court of Federal Claims. (ECF No. 29). After review, the Court hereby **DISMISSES** this action, with prejudice, and with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

                                              s/      David A. Tapp
                                              DAVID A. TAPP, Judge